IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MICHAEL KENNEDY, <br> 30908 Cedar Drive <br> Princess Anne, Maryland 21853 <br><br> Plaintiff, <br><br> V. <br><br> PORTFOLIO RECOVERY ASSOCIATES, LLC. <br> 120 Corporate Boulevard <br> Norfolk, Virginia 23502 <br> Defendant. | CASE No. 1:14-cv-03962-JFM <br><br> CASE No. 1:14-cv-03983-WDQ |

## MOTION TO DISMISS

The Plaintiff, Michael Kennedy, pursuant to *Rule 41(a)(1)(A)(i)* of the *Federal Rules of Civil Procedure*, gives notice of a settlement agreement and stipulation reached between the parties and hereby moves for the dismissal of plaintiff's claims against defendant in the above-captioned consolidated matters.

Respectfully submitted,

Michael Kennedy
Plaintiff, *pro se*

Dated this 20th day February, 2015.

Michael Kennedy
30908 Cedar Drive
Princess Anne, Maryland 21853
(443) 523-0180